UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD KNASTER

    PLAINTIFF(S)

CASE NUMBER
0:15–cv–61242–DPG

v.

TRADECO MEDIA GROUP, LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

    DEFENDANT(S).

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**TradeCo Media Group, LLC**

as of course, on the date September 25, 2015.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Yesenia Herrera*
Deputy Clerk

cc: Judge Darrin P. Gayles
    Howard Knaster